# FINANCIAL DISCLOSURE REPORT

AO-10 Rev. 1/91

Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization - | 3. Date of Report |
|---|---|---|
| BERRIGAN, HELEN G. | United States District Court Eastern District of Louisiana | Nov. 19, 1993 |

| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time) | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge - Active | ✓ Nomination, Date Nov. 18, 1993  ✓ Initial __ Annual __ Final | January, 1992 to present |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| Suite 2150 Energy Centre 1100 Poydras Street New Orleans, Louisiana 70163-2150 | Reviewing Officer Signature _____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on last page.*

---

**POSITIONS.** (Reporting individual only; see pp. 7-8 of instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| Of Counsel | Berrigan, Danielson, Litchfield, Olsen, Schonekas + Mann |
| Of Counsel | Berrigan, Litchfield, Schonekas, Mann & Clement |
| Board of Directors | Louisiana Association of Criminal Defense Lawyers |

(continued at VIII)

**I. AGREEMENTS.** (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| _____ | _____ |
| _____ | _____ |

---

**II. NON-INVESTMENT INCOME.** (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| _____ | Gravel, Brady and Berrigan (legal fees) | $ 101,300. ** |
| _____ | Berrigan, Danielson, Litchfield, Olsen, Schonekas + Mann | $ (S) attorney |
| _____ | Berrigan, Litchfield, Schonekas, Mann & Clement | $ (S) attorney |
| _____ | _____ | $ _____ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Helen G. Berrigan | Date of Report<br>Nov. 19, 1993 |
|---|---|---|

## V. REIMBURSEMENTS and GIFTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| NONE (No such reportable reimbursements or gifts) | |
| EXEMPT | |

## '. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| NONE (No such reportable gifts) | | |
| EXEMPT | | $ |
| | | $ |
| | | $ |
| | | $ |

## 1. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|
| NONE (No reportable liabilities) | | |
| Troy, Nichols | real estate mortgage | K |
| National Mortgage Corporation (S) | real estate mortgage | K |
| American Residential Mortgage (S) | real estate mortgage | L |
| Equitable Real Estate (S) | real estate mortgage | M |
| | | |
| | | |

VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = more than $1,000,000

Digitized by Google

**FINANCIAL DISCLOSURE REPORT** (cont'd)

Name of Person Reporting: Helen G. Berrigan

Date of Report: Nov. 19, 1993

## VI. INVESTMENTS and TRUSTS – income, value, transactions. (Includes those of spouse and dependent children: see pp. 18-27 of instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by the initials of reporting individual (I.R.), spouse (SP) or jointly held (JT). Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| [ ] NONE (No reportable income, assets, or transactions) | | | | E | X | E | M | P | T |
| 1701 Lobdell St. Unit B2 Baton Rouge, La, rental condo | D | rent | K | W | | | | | |
| Cascade Natural Gas, Common | A | dividend | J | T | | | | | |
| Citicorp, common | A | dividend | J | T | | | | | |
| IBM, common | C | dividend | K | T | | | | | |
| Tri-Continental Corporation | C | dividend | K | T | | | | | |
| Salomon Brothers Fund | C | dividend | J | T | | | | | |
| T. Rowe Price | B | dividend | K | T | | | | | |
| MCN Corporation, common | A | dividend | J | T | | | | | |
| Trees-Helen G. Roberts u/w Jerry McCord Roberts | D | dividend | M | T | | | | | |
| Helen G. Roberts Retirement Plans: | | | | | | | | | |
| (A) Liberty Bank & Trust New Orleans, La. | B | interest | K | T | | | | | |
| (B) Dreyfus Family of Funds | B | dividend | K | T | | | | | |
| (C) IRA – Hibernia National Bank, New Orleans, La. | B | interest | K | T | | | | | |
| Liberty Financial Services Preferred (5) | A | none | K | T | | | | | |
| Liberty Financial Services Common (5) | A | none | K | T | | | | | |
| 4319 Hamilton Street (5) New Orleans, La. 4-plex | E | rent | M | Q | | | | | |
| 6917-19 Center Street (5) New Orleans, La. townhouse | D | rent | L | W | | | | | |
| 2213-19 Gen. Taylor Street New Orleans, La. 4-plex (5) | D | rent | L | W | | | | | |
| 1109-15 N Broad Street New Orleans, La. 4-plex (5) | D | rent | L | W | | | | | |
| 4315 Cleveland Avenue New Orleans, La. 6 units (5) | E | rent | L | W | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001 to $2,500 C=$2,501 to 5,000 D=$5,001 to $15,000 E=$15,001 to $50,000 F=$50,001 to $100,000 G=$100,001 to $1,000,000 H=More than $1,000,000

2. Value Codes: J=$15,000 or less K=$15,001 to $50,000 L=$50,001 to $100,000 M=$100,001 to $250,000 N=$250,001 to $500,000 O=$500,001 to $1,000,000 P=More than $1,000,000

3. Value Method Codes: Q=Appraisal R=Cost (Real estate only) S=Assessment T=Cash/Market U=Book Value V=Other W=Estimated

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting<br>Helen G. Berrigan | Date of Report<br>Nov. 19, 1993 |
|---|---|---|

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

| I. Positions (cont.) Member | Louisiana Sentencing Commission |
|---|---|
| Board of Directors; President | Committee of 21 |
| President; Vice-President | American Civil Liberties Union of Louisiana |
| Board of Directors | American Civil Liberties Union |
| Member, Steering Committee; Chair | Forum for Equality |
| Board of Directors | Amistad Research Center |
| Board of Directors | Just for the Record |
| Board of Directors | Society of Americans for Recovery (SOAR) |

| VII. Investments + Trusts (cont.) | 21. Joseph E. Berrigan, Jr. Profit sharing Plan (s) | D | dividend interest | M | T |
|---|---|---|---|---|---|

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Helen G. Berrigan_     Date Nov. 19, 1993

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Judicial Ethics Committee
Administrative Office of the
United States Courts
Washington, DC 20544

Digitized by Google

## NET WORTH

—

Provide a complete, current financial net worth statement which itemizes in detail all assets (incluc accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (includir mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate men your household.

November 5, 1993

| ASSETS | | | LIABILITIES | | |
|---|---|---|---|---|---|
| Cash on hand and in banks | 20 000 | 00 | Notes payable to banks—secured | — 0 — | |
| U.S. Government securities—add schedule | — 0 — | | Notes payable to banks—unsecured | — 0 — | |
| | | | Notes payable to relatives | — 0 — | |
| Listed securities—add schedule (A) | 107 003 | 00 | Notes payable to others | — 0 — | |
| Unlisted securities—add schedule (B) | 58 085 | 00 | Accounts and bills due | — 0 — | |
| Accounts and notes receivable: | | | Unpaid income tax | — 0 — | |
| Due from relatives and friends | — 0 — | | Other unpaid tax and interest | — 0 — | |
| Due from others | — 0 — | | Real estate mortgages payable—add schedule (C) | 283023 | 00 |
| Doubtful | — 0 — | | | | |
| Real estate owned—add schedule (C) | 667 000 | 00 | Chattel mortgages and other liens payable | — 0 — | |
| Real estate mortgages receivable | — 0 — | | Other debts—itemize: | — 0 — | |
| Autos and other personal property | 38 000 | 00 | | | |
| Cash value—life insurance | 26 200 | 00 | | | |
| Other assets—itemize: (D) | 416 950 | 00 | | | |
| | | | | | |
| | | | Total liabilities | 283 023 | 00 |
| | | | Net worth | 1050215 | 00 |
| Total assets | 1 333 238 | 00 | Total liabilities and net worth | 1333 238 | 00 |

| CONTINGENT LIABILITIES | | | GENERAL INFORMATION | | |
|---|---|---|---|---|---|
| As endorser, comaker or guarantor | — 0 — | | Are any assets pledged? (Add schedule.) | NO | |
| On leases or contracts | — 0 — | | Are you defendant in any suits or legal actions? | NO | |
| Legal Claims | — 0 — | | Have you ever taken bankruptcy? | NO | |
| Provision for Federal Income Tax | — 0 — | | | | |
| Other special debt | — 0 — | | | | |

Digitized by Google